EMILIE C. BREWSTER, Appellant, *v.* NEW YORK EVENING
JOURNAL, INC., Respondent.

(Argued April 26, 1935; decided May 21, 1935.)

*Otho S. Bowling* and *Robert H. Elder* for appellant.
*Charles Henry* and *Manheim Rosenzweig* for respondent.

Order affirmed, with costs, and question certified answered in the negative.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.